UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SHANNON, as an individual and as a successor in interest to RYAN SHANNON, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SACRAMENTO, a government entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, department of Sacramento County; TIMOTHY JONES, an individual; and JOSEPH REEVE, an individual, <br><br> Defendants. | No. 2:15-cv-00967-KJM-CKD <br><br><br> ORDER |

On May 5, 2015, the court issued a standing order. ECF No. 3-1. In the order, the parties were directed to engage in a meet and confer prior to filing a motion. *Id.* The meet and confer directive was designed to have the parties discuss thoroughly the substance of the contemplated motion and any potential resolution. ECF No. 3-1 at 3. After meeting and confering, if a party still desired to file a motion, that party was directed to file a notice of motion containing "a certification by counsel filing the motion that meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts." *Id.*

1

1   On August 28, 2015, defendants filed a motion to dismiss plaintiff's third amended complaint. ECF No. 23.  Defendants, however, failed to file a notice of motion containing a certification indicating that meet and confer efforts have been exhausted.  Thus, defendants did not comply with the court's standing order.

Accordingly, defendants' counsel is hereby ORDERED, within seven (7) days of entry of this order, to show cause why they should not be sanctioned in the amount of $250 for failure to comply with this court's order.

IT IS SO ORDERED.

DATED: October 15, 2015.

_____
UNITED STATES DISTRICT JUDGE

2