CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
JORDAN K. DIXON, SBN 301820
Email: jkd@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.443-4443
Fax:  916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, TIMOTHY JONES, and JOSEPH REEVE


LUCERO LAW FIRM, APC
STEVE LUCERO, ESQ. (SBN #298076)
steve@lucerolawfirm.com
835 5th Ave., Ste. 200A
San Diego, CA 92101
Telephone: (619) 308-6875

Attorneys for Plaintiff
SALVADOR SHANNON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SHANNON, as an individual and as a successor in interest to RYAN SHANNON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, a government entity, TIMOTHY JONES, an individual; and JOSEPH REEVE, an individual,<br><br>Defendants. | No.: 2:15-CV-00967 KJM DB<br><br><br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER THEREON** |

WHEREAS on November 24, 2014 an action was commenced in the Superior Court of the State of California in and for the County of Sacramento, entitled Salvador Shannon, Plaintiff, v. County of Sacramento, DOES 1 to 20, Defendants, Case No. 34-2014-00172136;

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO MODIFY SCHEDULING ORDER;
ORDER THEREON
Case No.  2:15-CV-00967 KJM DB

1

1    WHEREAS Plaintiff's complaint was removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a);

3    WHEREAS on May 11, 2016, Plaintiff filed a Fifth Amended Complaint;

4    WHEREAS on June 1, 2016, Defendants answered the complaint;

5    WHEREAS the Court's scheduling order was entered on June 6, 2016;

6    WHEREAS pursuant to the Court's scheduling order discovery is to be completed by January 13, 2017;

8    WHEREAS on July 28, 2016, Defendants served Plaintiff with Requests for Production and Interrogatories;

10   WHEREAS Plaintiff's responses were due on September 2, 2016;

11   WHEREAS in early to mid-September, Plaintiff's counsel's office suffered unexpected turnover such that the responses to Defendants' discovery were not completed and responsive documents were not requested;

14   WHEREAS as of the date of this stipulation, Defendants have not received documents responsive to eight (8) of their fourteen (14) production requests;

16   WHEREAS as of the date of this stipulation, Defendants have not received any documents related to Decedent or Plaintiff's mental health providers;

18   WHEREAS Plaintiff intends to comply with his discovery obligations but needs additional time to locate responsive information;

20   WHEREAS Defendants' discovery plan has been hindered due to not receiving responses to its discovery;

22   WHEREAS Defendants intend to subpoena medical and mental health records;

23   WHEREAS Defendants intend to subpoena decedent's military records, and this process can take as long as ten (10) weeks;

25   WHEREAS the parties, in order to avoid unnecessary motions practice, and good cause appearing, desire to stipulate to a modification of the scheduling order;

27   THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO MODIFY SCHEDULING ORDER;
ORDER THEREON
Case No. 2:15-CV-00967 KJM DB

2

1. That the current scheduling order be modified to extend fact discovery for an additional six (6) months past the current cut-off date of January 13, 2017;

2. That all other dates in the pretrial scheduling order be extended by six (6) months or as would be convenient to the Court while allowing Defendants six additional months to complete fact discovery.

IT IS SO STIPULATED.

DATE: October 14, 2016         CREGGER & CHALFANT LLP

/s/ Jordan K. Dixon
ROBERT L. CHALFANT
WENDY MOTOOKA
Attorneys for Defendants
COUNTY OF SACRAMENTO, TIMOTHY JONES, and JOSEPH REEVE

Date: October 14, 2016         LUCERO LAW FIRM

/s/ Steve Lucero
STEVE LUCERO
Attorney for Plaintiff SALVADOR SHANNON

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 443-4443

STIPULATION TO MODIFY SCHEDULING ORDER;
ORDER THEREON
Case No. 2:15-CV-00967 KJM DB

3

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The scheduling order entered on June 6, 2016, is hereby modified as follows:

    a. The deadline for fact discovery, previously set for January 13, 2017, is VACATED and RESET for May 15, 2017.

    b. The deadline for expert disclosures, previously set for March 1, 2017 is VACATED and RESET for July 3, 2017.

    c. The deadline for supplemental disclosures of expert witnesses, previously set for April 17, 2017, is VACATED and RESET for August 17, 2017.

    d. The deadline for expert discovery, previously set for June 2, 2017, is VACATED and RESET for October 3, 2017.

    e. The last day to hear dispositive motions, previously set for July 14, 2017, is VACATED and RESET for November 17, 2017.

    f. The deadline for the parties' joint pretrial statement, previously set for October 27, 2017, is VACATED and RESET for March 2, 2018.

    g. The final pretrial conference, previously set for November 17, 2017 at 10:00 a.m., is VACATED and RESET for March 23, 2018.

    h. The deadline for trial briefs, previously set for December 22, 2017, is VACATED and RESET for April 23, 2018.

    i. The jury trial date, previously set for January 8, 2018 at 9:00 a.m., is VACATED and RESET for May 7, 2018.

    **IT IS SO ORDERED.**

DATE: November 2, 2016

_____
UNITED STATES DISTRICT JUDGE

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA  95825
(916) 443-4443

STIPULATION TO MODIFY SCHEDULING ORDER;
ORDER THEREON
Case No.  2:15-CV-00967 KJM DB

4