**LUCERO LAW FIRM, APC**
Estevan R. Lucero, Esq. (SBN 298076)
steve@lucerolawfirm.com
750 B Street, Suite 3130
San Diego, CA 92101
Telephone: (619) 308-6875
Facsimile: (619) 365-9709

Attorneys for Plaintiff,
*SALVADOR SHANNON, an individual,*

**CREGGER & CHALFANT LLP**
ROBERT L. CHALFANT, SBN 203051
Email:  rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email:  wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916.443-4443
Facsimile:  916.443-2124

Attorneys for Defendants *COUNTY OF SACRAMENTO, TIMOTHY JONES, and JOSEPH REEVE*

LUCERO LAW FIRM, APC
750 B STREET, STE. 3130, SAN DIEGO, CA 92101
Telephone: (619) 308-6875; Facsimile: (619) 365-9709

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SHANNON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY, a government entity; TIMOTHY JONES, an individual; and JOSEPH REEVE, an individual,<br><br>    Defendant. | No. 2:15-cv-00967-KJM-DB<br><br>**STIPULATED PROTECTIVE ORDER RE COUNTY OF SACRAMENTO PERSONNEL FILES** |

/ / /

/ / /

1

STIPULATED PROTECTIVE ORDER RE COUNTY OF SACRAMENTO PERSONNEL FILES

**LUCERO LAW FIRM, APC**
750 B STREET, STE. 3130, SAN DIEGO, CA 92101
Telephone: (619) 308-6875; Facsimile: (619) 365-9709

1  **TO THE ABOVE-ENTITLED COURT:**

2      Plaintiffs have requested copies of certain County of Sacramento Deputies'

3  personnel files.  In response to such requests, the Defendant County of Sacramento

4  and Deputy Defendants, Timothy Jones and Joseph Reeve ("Deputy Defendants"),

5  have objected that their personnel records are shielded by privacy.  The parties agree,

6  however, that the requested documents may be produced, subject to this protective

7  order.

8      Documents subject to this protective order shall be marked using words to the

9  effect of "Confidential," "Confidential Documents," or "Confidential Material

10  Subject to Protective Order." The documents and writings so designated, and all

11  information derived therefrom (hereinafter, collectively, "Confidential Information"),

12  shall be treated in accordance with the terms of this stipulation/protective order. The

13  "Confidential" mark shall not obscure the writings on the document's legibility and

14  shall not be repeated more than once per page.

15      In  addition,  to  the  extent  documents  being  produced  under  a

16  "CONFIDENTIAL" footer have personal information pertaining to deputies (such as

17  social security numbers, dates of birth, home addresses or telephone numbers,

18  drivers' license numbers, benefits information, or medical information) or the names

19  and similar personal information of the deputies' family members, such information

20  will be redacted by black marker from the documents before production, even with

21  the protective order.  For any documents containing third parties' social security

22  numbers, dates of birth, or drivers' license numbers, such information will also be

23  redacted with black marker.  In the event that the Plaintiffs believe certain redacted

24  material might have some relevancy warranting disclosure, the parties agree to meet

25  and confer on whether the information should be disclosed (albeit subject to the

26  protective order).  If the parties cannot resolve such redaction issues, then they will

27  seek resolution of the matters by the Court.

28      Accordingly, Plaintiffs and Defendants hereby stipulate to the following and

STIPULATED PROTECTIVE ORDER RE COUNTY OF SACRAMENTO PERSONNEL FILES

**LUCERO LAW FIRM, APC**
750 B STREET, STE. 3130, SAN DIEGO, CA 92101
Telephone: (619) 308-6875; Facsimile: (619) 365-9709

jointly move this Court for entry of a Protective Order governing use and disclosure of those County of Sacramento personnel file documents that are marked with a "CONFIDENTIAL" footer or other indication of "CONFIDENTIAL" status and which may be disclosed in the course of discovery in this action:

1. Plaintiffs and their attorneys in this action are expressly prohibited from using or disclosing the Confidential Information obtained in discovery for any purpose other than Permitted Uses, which include the evaluation of the claims and defenses in this action, and the development, preparation, and presentation of Plaintiffs' claims in the present action.  permitted uses described below.

2. Permitted Uses include disclosure of the Confidential Information to the following described persons or entities for the purposes of the litigation, all of whom shall be advised of the requirements of this stipulation and the obligation for them to also comply with the Protective Order:

    a. The parties and the parties' attorneys of record in this action, and members of the paralegal, secretarial, and clerical staff employed or retained by the parties' attorneys of record and assisting in connection with this action.

    b. Members of the data entry and data processing staff employed or retained by the parties' attorneys of record and assisting in the development or use of data retrieval systems in connection with this action.

    c. Court reporters employed by a party holding depositions to transcribe the testimony produced in any depositions necessitated by this action. Every court reporter shall separately bind transcript exhibits consisting of any of the Confidential Information and shall place on the first page of each such bound portion the following legend:

        "This       transcript       contains       documents       designated

STIPULATED PROTECTIVE ORDER RE COUNTY OF SACRAMENTO PERSONNEL FILES

CONFIDENTIAL pursuant to the Protective Order for Defendant Deputies' Personnel Files in the case of Salvador Shannon v. County of Sacramento, et al., United States District Court for the Eastern District of California, Case Number 15-cv-00967 KJM-CKD.  These documents are not to be disclosed to anyone to whom their disclosure is not expressly permitted by said Protective Order.

    d. Expert witnesses retained by the parties either for consultation in the course of preparation of their claims or defenses for trial and/or for use by such expert witnesses in the preparation of their testimony for deposition or trial and for giving actual testimony.

    e. Those personnel employed by copy services and exhibit production service companies that may be hired by the parties' counsel to duplicate documents and/or to prepare trial exhibits in this action.

    f. Jury consultants hired by the parties to assist in the trial of this matter.

    g. A mutually-agreed-upon mediator retained by the parties' attorneys of record.

    h. Such other parties as may be agreed by written stipulation among the parties hereto, or by Court Order.

3. Prior to the disclosure of any Confidential Information to any person described in paragraph 2, counsel for the party that has received and seeks to use or disclose such Confidential Information shall first provide any such person with a copy of this protective order, and shall cause him or her to execute the following acknowledgment:

"I understand that I am being given access to Confidential Information pursuant to the foregoing protective order. I have read the stipulation/protective order and agree to be bound by its terms with

LUCERO LAW FIRM, APC
750 B STREET, STE. 3130, SAN DIEGO, CA 92101
Telephone: (619) 308-6875; Facsimile: (619) 365-9709

4

respect to the handling, use and disclosure of such Confidential Information.

4. If the Plaintiff seeks to file any of the Confidential Information in support of any future pleadings or motions,, Plaintiff must file the Confidential Information with a request to seal, referencing this Protective Order as grounds.  Defendants shall then have three days in which to make the requisite showing to the Court for the sealing order.

5. At the conclusion of this action (which will be the point at which a final judgment has been rendered and all appellate avenues of relief by all parties have been exhausted), Plaintiffs and their attorneys of record are ordered to either: (1) return all copies of the Confidential Information to counsel for Defendants, or (2) destroy all copies of the records. This Order does not require destruction of the originals of such records as they are kept and used in the ordinary course of business by Defendant County of Sacramento.

6. All parties agree that Plaintiffs preserve the right to challenge any information labeled as Confidential Information.

7. The Court may modify the terms and conditions of the Protective Order for good cause, or in the interests of justice, or on its own order at any time in these proceeding.

**IT IS SO STIPULATED.**

DATED:  March 15, 2017          **LUCERO LAW FIRM, APC**

By: /s/ *Estevan R. Lucero*
Attorney for Plaintiff,
Salvador Shannon
*E-mail:  steve@lucerolawfirm.com*

DATED:  March 15, 2017          **CREGGER & CHALFANT LLP**

By: /s/ *Wendy Motooka*
Attorneys for Defendants County of Sacramento,
Timothy Jones and Joseph Reeve

LUCERO LAW FIRM, APC
750 B STREET, STE. 3130, SAN DIEGO, CA 92101
Telephone: (619) 308-6875; Facsimile: (619) 365-9709

5

**LUCERO LAW FIRM, APC**
750 B STREET, STE. 3130, SAN DIEGO, CA 92101
Telephone: (619) 308-6875; Facsimile: (619) 365-9709

## **ORDER**

Pursuant to the parties' March 16 2017 stipulation, (ECF No. 64), IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT:

1. Requests to seal documents shall be made by motion before the same judge who will decide the matter related to that request to seal.

2. The designation of documents (including transcripts of testimony) as confidential pursuant to this order does not automatically entitle the parties to file such a document with the court under seal.  Parties are advised that any request to seal documents in this district is governed by Local Rule 141.  In brief, Local Rule 141 provides that documents may only be sealed by a written order of the court after a specific request to seal has been made.  L.R. 141(a).  However, a mere request to seal is not enough under the local rules.  In particular, Local Rule 141(b) requires that "[t]he 'Request to Seal Documents' shall set forth *the statutory or other authority for sealing*, the requested duration, the identity, by name or category, of persons to be permitted access to the document, and all relevant information."  L.R. 141(b) (emphasis added).

3. A request to seal material must normally meet the high threshold of showing that "compelling reasons" support secrecy; however, where the material is, at most, "tangentially related" to the merits of a case, the request to seal may be granted on a showing of "good cause."  Ctr. for Auto Safety v. Chrysler Grp., LLC, 809 F.3d 1092, 1096-1102 (9th Cir. 2016); Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1178-80 (9th Cir. 2006).

4. Nothing in this order shall limit the testimony of parties or non-parties, or the use of certain documents, at any court hearing or trial – such determinations will only be made by the court at the hearing or trial, or upon an appropriate motion.

5. With respect to motions regarding any disputes concerning this protective order which the parties cannot informally resolve, the parties shall follow the

6

1  procedures outlined in Local Rule 251.  Absent a showing of good cause, the court

2  will not hear discovery disputes on an *ex parte* basis or on shortened time.

3       6.  The parties may not modify the terms of this Protective Order without the

4  court's approval.  If the parties agree to a potential modification, they shall submit a

5  stipulation and proposed order for the court's consideration.

6       7.  Pursuant to Local Rule 141.1(f), the court will not retain jurisdiction over

7  enforcement of the terms of this Protective Order after the action is terminated.

8       8.  Any provision in the parties' stipulation that is in conflict with anything in

9  this order is hereby DISAPPROVED.

10

11  Dated:  March 23, 2017

12

13

14       DEBORAH BARNES
         UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24  DLB:6
    DB\orders\orders.civil\shannon0967.stip.prot.ord

25

26

27

28

LUCERO LAW FIRM, APC
750 B STREET, STE. 3130, SAN DIEGO, CA 92101
Telephone: (619) 308-6875; Facsimile: (619) 365-9709

7

STIPULATED PROTECTIVE ORDER RE COUNTY OF SACRAMENTO PERSONNEL FILES