RIVERA HEWITT PAUL LLP
JONTHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916 922-1303
Email:  JPaul@rhplawyers.com
          wmotooka@rhplawyers.com

Attorneys for Defendants TIMOTHY JONES and
JOSEPH REEVE

**GARY W. GORSKI (SBN 166526)**
**LAW OFFICES OF GARY W. GORSKI**
3017 DOUGLAS BLVD. SUITE 150
ROSEVILLE, CA  95661
916-758-1100
CIVILRIGHTSATTORNEY@OUTLOOK.COM
WWW.LONEWOLFLAW.COM

**DANIEL M. KARALASH (SBN 176422)**
**STRATEGIC LAW COMMAND**
3017 DOUGLAS BLVD. SUITE 150
ROSEVILLE, CA  95661
(916) 787-1234
DAN@STRATLAW.ORG
WWW.STRATLAW.COM

Attorneys for PLAINTIFF,
*SALVADOR SHANNON, an individual*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SHANNON, as an individual and as a successor in interest to RYAN SHANNON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COUNTY OF SACRAMENTO, a government entity, TIMOTHY JONES, an individual; and JOSEPH REEVE, an individual,<br><br>                    Defendants. | No.:  2:15-CV-00967 KJM DB<br><br>**STIPULATION TO ALLOW DEFENDANTS' DESIGNATION OF A REPLACEMENT POLICE PRACTICES / USE OF FORCE EXPERT; ORDER THEREON** |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO ALLOW DEF.S' DESIGNATION OF
REPLACEMENT EXPERT
Case No.  2:15-CV-00967 KJM DB

1

1

2      WHEREAS, pursuant to the modified scheduling order of November 3, 2016 (Doc. 58),

3  defendants disclosed their expert witnesses in this case on July 3, 2017, including police practices

4  / use of force expert Joe Callanan of Callanan & Associates;

5      WHEREAS Mr. Callanan notified defense counsel in December 2020 of his need to

6  withdraw from this case for medical reasons (see attached **Exhibit A**);

7      WHEREAS defendants began to search for a replacement police practices / use of force

8  expert;

9      WHEREAS, while defendants were searching for a replacement police practices / use of

10  force expert, the parties were referred to a settlement conference set for June 24, 2021;

11      WHEREAS the settlement conference was unsuccessful;

12      WHEREAS defendants then retained a replacement police practices /use of force expert,

13  David M. Blake, who completed a written report on July 13, 2021;

14      WHEREAS on July 15, 2021, defense counsel initiated a meet and confer with plaintiff's

15  counsel regarding defendants' proposed designation of Mr. Blake as a replacement expert for Mr.

16  Callanan;

17      WHEREAS on July 29, 2021, plaintiff's counsel stated that they would not oppose the

18  designation of Mr. Blake as a replacement expert, if defendants would pay Mr. Blake's fee for

19  two hours of deposition and cover the cost of plaintiff's copy of the deposition transcript;

20      WHEREAS, defendants agree to plaintiff's proposal;

21

22      THEREFORE, the parties now hereby stipulate, through their counsel of record, as

23  follows:

24      1.      Defendants shall be permitted to designate David M. Blake as their police

25  practices /use of force expert in place of Joe Callanan, by filing the proposed Defendants'

26  Disclosure of Replacement Police Practices / Use of Force Expert Witness Information (attached

27  hereto as **Exhibit B**);

28      2.      Defendants will pay for up to two hours of Mr. Blake's time at deposition and will

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO ALLOW DEF.S' DESIGNATION OF
REPLACEMENT EXPERT                            2
Case No.  2:15-CV-00967 KJM DB

1    also pay for plaintiff's copy of the deposition transcript.

2           IT IS SO STIPULATED.

3

4    DATE:  August 5, 2021              RIVERA HEWITT PAUL LLP

5

6                                       /s/ Wendy Motooka
                                       JONATHAN B. PAUL

7                                      WENDY MOTOOKA
                                       Attorneys for Defendants TIMOTHY JONES and

8                                      JOSEPH REEVE

9

10   Dated: August 4, 2021             /s/ Gary W. Gorski (as authorized on 8-4-21)

11
                                       Gary W. Gorski
12                                     Attorney for Plaintiff

13

14

15                                     **ORDER**

16         After considering the Stipulation by and between the parties through their counsel of

17   record and good cause appearing, IT IS HEREBY ORDERED THAT:

18         1.     Defendants shall be permitted to designate David M. Blake as their replacement

19   police practices / use of force expert for Joe Callanan;

20         2.     Defendants shall file their Disclosure of Replacement Police Practices / Use of

21   Force Expert Witness Information within ten days of the entry of this order; and

22         3.     Defendants shall pay Mr. Blake's hourly fee for up to two hours of deposition

23   testimony and shall pay for plaintiff's copy of the deposition transcript.

24         **IT IS SO ORDERED.**

25   DATE:  August 17, 2021.

26

27                                     _____
                                       CHIEF UNITED STATES DISTRICT JUDGE
28

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION TO ALLOW DEF.S' DESIGNATION OF
REPLACEMENT EXPERT                          3
Case No.  2:15-CV-00967 KJM DB