**ESTEVAN R. LUCERO**
Lucerosteve52@gmail.com
2409 Winsted Lane Unit A
Austin, TX 78703
Telephone: (512) 987-3825

Lienholder and Former Attorney for Plaintiff,
*SALVADOR SHANNON, an individual*

FILED

JUN - 3 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

NOTICE OF NONCOMPLIANCE
See L.R. 133(a) & (d)(3)
FILED IN PAPER
United States District Court
Eastern District of California

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SHANNON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY, a government entity; TIMOTHY JONES, an individual; and JOSEPH REEVE, an individual,<br><br>Defendant. | Case No.: 2:15-CV-00967-KJM-DB<br>Assigned to: Hon. Kimberly J. Mueller<br><br>**NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS** |

**TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that ESTEVAN R. LUCERO is former counsel of record for Plaintiff, SALVADOR SHANNON, and was substituted out as counsel. ESTEVAN R. LUCERO hereby asserts a lien against any recovery, settlement or judgement rendered in favor of SALVADOR SHANNON in this action, to secure payment of legal services rendered and costs and expenses advanced on his behalf.

This lien attaches to all settlement proceeds or judgments against the defendants, COUNTY OF SACRAMENTO, TIMOHTY JONES, and JOSEPH REEVE, their attorneys and all insurance companies for defendant and its attorney, Plaintiff, and his attorneys of record.

1

NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS

1     Furthermore, this lien has been acknowledged by Plaintiff's counsel. *See Exhibit 1.*

Respectfully submitted,

DATED: May 28, 2022

**ESTEVAN R. LUCERO**

By: /s/ Estevan R. Lucero
2409 Winsted Lane, Unit A
Austin, TX 78703
(512) 987-3825

NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS

# PROOF OF SERVICE
# FEDERAL RULE CIVIL PROCEDURE 5(b)

I, the undersigned, hereby certify that I am a citizen of the United States and over the age of eighteen; I work in the County of Travis, Texas, in which County the within mailing took place; and I am not a party to the subject case. My mailing address is 2409 Winsted Lane Unit A, Austin, TX 78703

I am familiar with the practice of this law firm for the collection and processing of documents for mailing with the United States Postal Service, that the documents would be deposited with the United States Postal Service that same day in the ordinary course of business. On May 28, 2022 I placed the within document(s) described as:

**NOTICE OF LIEN FOR ATTORNEYS' FEES AND COSTS**

☒ BY MAIL: I am "readily familiar" with my practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon full prepaid at Austin, Texas, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ BY ELECTRONIC MAIL: I personally emailed this document to the offices of the interested parties indicated on the attached Service List.

DATED: May 28, 2022                ESTEVAN R. LUCERO

By: *[signature]*
2409 Winsted Lane, Unit A
Austin, TX 78703
(512) 987-3825

# SERVICE LIST

Daniel M. Karalesh
3017 Douglas Blvd., Ste. 150
Roseville, CA 95661
dan@stratlaw.org

Gary William Gorski
3017 Douglas Blvd., Ste. 150
Roseville, CA 956611
civilrightsattorney@blackwolflaw.com

Jonathan B. Paul
Rivera Hewitt Paul LLP
11341 Gold Express Drive, Ste. 160
Gold River, CA 95670
jpaul@rhplawyers.com

Wendy M. Motooka
Rivera Hewitt Paul LLP
11341 Gold Express Drive, Ste. 160
Gold River, CA 95670
wmotooka@rhplawyers.com

Courtroom Deputy for Hon. Kimberly J. Mueller
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814
Courtroom 3, 15th floor
cschultz@caed.uscourts.gov
EmergencyFiling@caed.uscourts.gov